**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **MONICA JEFFRIES** ) | |
| *Estate Next of Kin* ) | |
| ) | |
| **Plaintiff,** ) | Civil Action: 8:15-CV-3480 (RWT) |
| ) | |
| vs. ) | |
| ) | |
| **BOSTON SCIENTIFIC** ) | |
| **CORPORATION, ET AL** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT BOSTON SCIENTIFIC CORPORATION'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Boston Scientific Corporation (hereinafter "BSC"), by and through undersigned counsel, hereby files this Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b). In support hereof, BSC states as follows:

1. BSC moves to dismiss all of Plaintiff's claims and causes of action, pursuant to Fed. R. Civ. P. 12(b)(2), because this Court lacks personal jurisdiction over BSC in this case. Specifically, Plaintiff has not set forth facts supporting general or specific jurisdiction over BSC in Maryland.

2. BSC moves to dismiss all of Plaintiff's claims and causes of action, pursuant to Fed. R. Civ. P. 12(b)(6), because the allegations in the Complaint do not establish viable causes of action against BSC.

3. BSC moves to dismiss Plaintiff's loss of consortium claim, pursuant to Fed. R. Civ. P. 12(b)(1), because Plaintiff lacks standing to assert her loss of consortium claim in this case.

4.	In addition to the reasons stated above, BSC incorporates arguments set forth in its Memorandum of Law in Support of Defendant Boston Scientific Corporation's Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, BSC respectfully requests that this Honorable Court grant this Motion and Dismiss Plaintiff's Complaint in its entirety, and award any other just and equitable relief that the Court deems appropriate.

Respectfully submitted,

SHOOK, HARDY & BACON, LLP

By:  /s/ Kenneth E. Chase
    Kenneth E. Chase
    Shook, Hardy & Bacon, LLP
    1155 F Street NW, Suite 200
    Washington, DC 20004
    Telephone:  (202) 639-5606
    Facsimile:  (202) 783-4211
    Email: kchase@shb.com

    *Attorneys for Defendant*
    *Boston Scientific Corporation*
    *And Boston Scientific / Ray Elliott CEO*

## **CERTIFICATE OF SERVICE**

  I certify that on February 29, 2016, the foregoing was electronically filed via the Court's CM/ECF system, and a copy was sent by first-class mail on March 1, 2016 to:

Monica Jeffries
414 Winslow Road
Oxon Hills, MD 20715

              By: /s/ Kenneth E. Chase
                  Kenneth E. Chase