IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **MONICA JEFFRIES,** )<br>  )<br>    **Plaintiff,** )<br>  )   Civil Action: 8:15-CV-3480 (RWT)<br>  **vs.** )<br>  )<br>**BOSTON SCIENTIFIC** )<br>**CORPORATION,** *ET AL.***,** )<br>  )<br>    **Defendants.** ) | |

## DEFENDANT BOSTON SCIENTIFIC CORPORATION'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Boston Scientific Corporation (hereinafter "BSC"), by and through undersigned counsel, hereby files this Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b). In support hereof, BSC states as follows:

1. BSC moves to dismiss all of Plaintiff's claims and causes of action, pursuant to Fed. R. Civ. P. 12(b)(6), because the allegations in the Complaint do not establish viable causes of action against BSC.

2. Plaintiff has not alleged any specific or plausible reason why she should not have known about the dangers of the IVC Filter in 2005. Accordingly, all her causes of action are barred by the statute of limitations.

3. Plaintiff's Amended Complaint does not set forth sufficient facts supporting a plausible inference that a BSC Greenfield IVC Filter was used in Plaintiff's implantation procedure in March 1995.

4. In addition to the reasons stated above, BSC incorporates arguments set forth in its Memorandum of Law in Support of Defendant Boston Scientific Corporation's Motion to Dismiss Plaintiff's Amended Complaint.

WHEREFORE, BSC respectfully requests that this Honorable Court grant this Motion and Dismiss Plaintiff's Complaint in its entirety, with prejudice, and award any other just and equitable relief that the Court deems appropriate.

Dated:  September 26, 2016

                              Respectfully submitted,

                              SHOOK, HARDY & BACON, LLP

                              By:   /s/ Cary Silverman
                              Cary Silverman (No. 15137)
                              Shook, Hardy & Bacon, LLP
                              1155 F Street NW, Suite 200
                              Washington, DC 20004
                              Telephone:  (202) 662-4859
                              Facsimile:  (202) 783-4211
                              Email: csilverman@shb.com

                              *Attorneys for Defendant*
                              *Boston Scientific Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 26, 2016, the foregoing was electronically filed via the Court's CM/ECF system, and a copy was sent by first-class mail to:

Monica Jeffries
414 Winslow Road
Oxon Hills, MD 20715

                                                  By:  /s/ Cary Silverman
                                                         Cary Silverman

7795789 v1